IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GERARD DAVID McCREE, JR., #203840, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) CIVIL ACTION NO. 12-0573-CG-M |
| DONNY MYERS, | ) ) |
| Defendant. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 19th day of February, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE